ORDERED.

Dated: July 11, 2023

_/s/ Lori V. Vaughan_
Lori V. Vaughan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:  
John & Gerda Astrologo

Case No. 6:23-bk-02007  
Chapter: 7

Debtor (s).
_____/

### ORDER GRANTING DEBTOR'S AMENDED VERIFIED MOTION TO AVOID JUDICIAL LIEN OF HANCOCK WHITNEY BANK ON EXEMPT PROPERTY (DE# 11)

THIS CAUSE, came on for consideration upon the Debtor's Amended Motion to Avoid Judicial Lien of Hancock Whitney Bank (DE# 11) filed pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested. Accordingly, it is

ORDERED

1. Debtor's Amended Motion to Avoid Judicial Lien of Hancock Whitney Bank is GRANTED.

2. Because the judicial lien of Hancock Whitney Bank, created by the recordation of a judgment for $780,216.99, recorded on April 11, 2023, at Book 10420, Page 661-662, and Instrument No. 2023032757 of the official records of Seminole

County impairs the Debtor's exempt homestead property located at **2653 S County Road 419 Chuluota, Fl 32766-8801** and legally described as:

**SEC 33 TWP 21S RGE 32E BEG 156.81 FT E & 2946.78 FT S OF NW COR RUN S 343 FT E 635 FT N 343 FT W 635 FT TO BEG**

the Lien is hereby avoided pursuant to 11 U.S.C. § 522(f).

3. Unless the Debtor's bankruptcy case is dismissed, the Lien is hereby extinguished and shall not survive the bankruptcy nor affix to or remain enforceable against the Debtor's property described above.

Attorney Wayne B. Spivak is directed to serve a copy of this order on interested parties who do not receive notice by CM/ECF and file a proof of service within 3 days of entry of this order.